IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                              PLAINTIFF

V.                              CASE NO. 3:15CV00189 JLH/BD

ROBERT NELSON                                                                                DEFENDANT

## ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition, and Addison has not filed an objection. The Recommendation should be, and hereby is, approved and adopted in all respects.

Addison's claims are DISMISSED, without prejudice, based on his failure to comply with the Court's July 1, 2015 Order.

IT IS SO ORDERED this 26th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE