IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                                               PLAINTIFF

V.                           CASE NO. 3:15CV00189 JLH/BD

ROBERT NELSON                                                                               DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE